BENJAMIN B. WAGNER
United States Attorney
PHILIP A. FERRARI
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2744

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF: ) S.W. NO.: 2:08-SW-407-GGH
)
Hard Drives of Clint Gregory laptop )
and desktop, et al. ) ORDER
)

The government's request to unseal the Search Warrant and this case is GRANTED.

SO ORDERED:

DATED: August 3, 2012

HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

FILED
AUG 0 3 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK